In the Matter of LAUREN F.S., a Person Alleged to Be a Juvenile Delinquent, Appellant. YATES COUNTY ATTORNEY, Respondent. [945 NYS2d 913]—Appeal from an order of the Family Court, Yates County (W. Patrick Falvey, J.), entered May 31, 2011 in a proceeding pursuant to Family Court Act article 3. The order adjudged that respondent is a juvenile delinquent and placed respondent in the custody of the Yates County Department of Social Services for a period of one year.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Alex N.*, 255 AD2d 626, 627 [1998]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.